## THIRD DISTRICT.

**George N. Cunningham et al., appellees, v. United States Fidelity and Guaranty Company, appellant. Gen No. 7,521.**

Action of debt on bond of indemnity for fraud or dishonesty of bank cashier. Judgment for plaintiffs. Appeal from the Circuit Court of Champaign county; the Hon. Franklin H. Boggs, Judge, presiding. Heard in this court at the April term, 1923. Affirmed. Opinion filed July 10, 1923. *Certiorari* denied by Supreme Court (making opinion final).

A. E. and R. C. De Mange, for appellant; Bonum L. Kirk and William F. Woods, of counsel. Dobbins & Dobbins, for appellees.

Mr. Presiding Justice Heard delivered the opinion of the court.

**G. Matalone, appellant, v. Filippo Ciardi, appellee. Gen. No. 7,567.**

Action for price of goods sold and received. Defense that said goods were intoxicating liquors. Judgment for defendant. Appeal from the Circuit Court of Fulton county; the Hon. Willis F. Graham, Judge, presiding. Heard in this court at the April term, 1923. Affirmed. Opinion filed July 10, 1923.

Claude E. Chiperfield and Burnett M. Chiperfield, for appellant. Harvey H. Atherton and Glenn Ratcliff, for appellee.

Mr. Presiding Justice Heard delivered the opinion of the court.

**Otis Slater & Sons, appellees, v. Baltimore & Ohio Railroad Company, appellant. Gen. No. 7,574.**

Action for damages to a Ford truck as result of being struck by freight train. Judgment for plaintiffs. Appeal from the Circuit Court of Christian county; the Hon. W. B. Wright, Judge, presiding. Heard in this court at the April term, 1923. Reversed and remanded. Opinion filed July 10, 1923.

Graham & Graham and H. B. Hershey, for appellant; Morison R. Waite, of counsel. Preihs & Preihs, for appellees.

Mr. Presiding Justice Heard delivered the opinion of the court.

**James M. Emmons, administrator of the estate of James S. Emmons, deceased, appellee, v. Jacksonville Railway & Light Company, appellant. Gen. No. 7,580.**

Trespass on the case for negligently permitting live electric wires to remain without proper insulation and easily accessible to children, whereby minor child was killed. Appeal from the Circuit Court of Morgan county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the April term, 1923. Reversed with finding of facts. Opinion filed July 10, 1923.

Bellatti, Bellatti & Moriarty, for appellant; Burton & Hamilton, of counsel. William N. Hairgrove and Thompson & Thompson, for appellee.

Mr. Presiding Justice Heard delivered the opinion of the court.